The People of the State of New York, Respondent, v. Peter Klipfel, Appellant.— Application to have appeal heard upon stenographer's minutes without printing denied.

In the Matter of the Estate of Mattie Hodges, Deceased.— Motion to be relieved from default in giving undertaking denied, and motion to dismiss appeal granted, unless appellant give the required undertaking and file and serve the printed record on appeal, signed and settled by the surrogate, file and serve printed briefs on appeal, pay to respondent's attorney twenty dollars, and stipulate to argue the appeal on October 18, 1915, all within ten days after service of a copy of this order with notice of entry.

Elijah P. Rogers, Appellant, v. George W. Rogers, Respondent. Elijah P. Rogers, Appellant, v. George W. Rogers and Frank J. Rogers, Respondents.— Motion granted substituting Mary Belle Carter as party plaintiff in each action.

Paul Fahle, Appellant, v. Fire Proof Film Company, Respondent.— Motion granted and appeal dismissed, with costs.

Morris L. Eddy and Another, Appellants, v. Amelia E. McKay, Respondent.— Motion to dismiss appeal denied, with ten dollars costs.

In the Matter of the Application of Willis N. Britton, to Lay Out a Highway.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of Michelena Novella to Revoke and Cancel Liquor Tax Certificate No. 15,906, Issued to Patrick J. Uvanni, Appellant.    In the Matter of the Application of Michelena Novella to Revoke and Cancel Liquor Tax Certificate No. 15,990, Issued to Patrick J. Uvanni, Appellant.— Motion granted, and appeal in each proceeding dismissed, with costs.

Vera Robinson Coyne, Appellant, v. David P. Morehouse and John T. Mott, Individually and as Executors and Trustees, etc., Respondents.— Motion to dismiss appeal granted unless appellant file and serve printed papers by October twelfth, pay respondent's attorney ten dollars, and be ready for argument on October eighteenth.

The People of the State of New York, Respondent, v. Margaret Lonergan, Appellant.— Motion granted and appeal dismissed, with costs.

George H. Dryer, Appellant, v. Henry C. Jennings and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Augustine Musmacher, an Infant, etc., Respondent, v. Rochester Telephone Company and New York State Railways, Appellants.— Appeals dismissed, without costs, upon stipulation filed.

William W. Farley, as State Commissioner of Excise, Plaintiff, v. Charles T. Eismann and Fidelity and Casualty Company of New York, Defendants — Appeal dismissed, without costs, upon stipulation filed.